2003 OK 40

**In the Matter of the REINSTATEMENT OF Remona K. COLSON to Membership in The Oklahoma Bar Association and to The Roll of Attorneys.**

No. SCBD4612.

Supreme Court of Oklahoma.

April 8, 2003.

**ORDER**

¶ 1 In 1994, Remona K. Colsen (Colsen/attorney), was stricken from the roll of attor-

neys for nonpayment of dues. Colsen filed a petition for reinstatement on April 19, 2001, and a hearing was held before the Trial Panel of the Professional Responsibility Tribunal on October 29, 2002. Upon a *de novo* review, THE COURT DETERMINES THAT:

1. This Court has exclusive jurisdiction exercising *de novo* review over any reinstatement proceedings. [*Matter of Reinstatement of McKenzie,* 1996 OK 72, ¶ 2, 925 P.2d 18; *State ex rel. Oklahoma Bar Ass'n v. Samara,* 1984 OK 32, ¶ 16, 683 P.2d 979];

2. The constitutional duty to oversee the practicing bar to insure that its members are fit to practice law rests with this Court. [*State ex rel. Oklahoma Bar Ass'n v. Busch,* 1996 OK 38, ¶ 29, 919 P.2d 1114];

3. The attorney has presented clear and convincing evidence sufficient to support reinstatement. [Rule 11.4, Rules Governing Disciplinary Proceedings, 5 O.S.2001, Ch. 1, App. 1–A];

4. Reinstatement should be granted;

5. Costs of $756.05 should be imposed. [Rule 11.1(c), Rules Governing Disciplinary Proceedings, 5 O.S.2001, Ch. 1, App. 1–A.]

¶ 2 IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the application of Remona K. Colson for reinstatement of her license to practice law is hereby granted. Costs of $756.05 are imposed as a prerequisite to reinstatement.

¶ 3 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 7th DAY OF APRIL, 2003.

ALL JUSTICES CONCUR.